IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBIN K. FICKER | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| | * | Case No. 21-CV-769-GLR |
| TALBOT COUNTY, MARYLAND | * | |
| | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**JOINT STATUS REPORT**

In accordance with the Court's Scheduling Order, the parties jointly report as follows:

(1) Discovery has been completed;

(2) No motions are pending;

(3) Neither party intends to file motions;

(4) The anticipated length of trial is one day; and

(5) The case will likely be settled. The parties are currently engaged in settlement discussions.

Respectfully submitted,

_______/s/_________________
Robin K. Ficker, Plaintiff *Pro Se*
16711 Barnesville Rd.
Boyds, Maryland 20841
robinficker@msn.com

_______/s/______________
Andrew C. Meehan
Federal Bar No. 26615
ameehan@mlg-lawyers.com
Patrick W. Thomas
Federal Bar No. 16578

pthomas@mlg-lawyers.com
MacLeod Law Group, LLC
110 N. Cross St.
Chestertown, Maryland 21620
(410) 810-1381: telephone
(410) 810-1383: facsimile

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October 2021, a copy of the foregoing filed electronically today was sent by first class mail, postage prepaid, to the following:

Robin K. Ficker
16711 Barnesville Rd.
Boyds, Maryland 20841
robinficker@msn.com
*Plaintiff*

_______/s/______________
Andrew C. Meehan