UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**GEORGE L. RUSSELL, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

December 8, 2021

MEMORANDUM TO PARTIES RE: Ficker v. Talbot Cnty., Md.
Civil Action No. GLR-21-769

Dear Parties:

On November 12, 2021, the parties filed a Joint Status report indicating that they reached an agreement to settle and were circulating draft settlement documents. (ECF No. 24). On November 15, 2021, the Court issued a Marginal Order directing the parties to either file a stipulation of dismissal or another status report no later than December 1, 2021. (ECF No. 25). To date, the Court has not received a stipulation or further status report. Accordingly, the Court DIRECTS the parties to file a joint status report no later than **Friday, December 10, 2021** advising the Court of the status of this case. Upon receipt of the joint status report, the Court shall schedule a telephone conference.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
George L. Russell, III
United States District Judge