IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBIN K. FICKER *
*
Plaintiff, *
*
v. *
*
* Case No. 21-CV-769-GLR
TALBOT COUNTY, MARYLAND *
*
Defendant. *

* * * * * * * * * * * * *

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereto, Plaintiff *Pro Se* Robin Ficker, and Defendant Talbot County, Maryland, by its undersigned counsel, stipulate and agree to dismiss the above-captioned matter WITH PREJUDICE.

Respectfully submitted,

_______/s/__________________
Robin K. Ficker, Plaintiff *Pro Se*
16711 Barnesville Rd.
Boyds, Maryland 20841
robinficker@msn.com

_______/s/__________________
Andrew C. Meehan
Federal Bar No. 26615
ameehan@mlg-lawyers.com
Patrick W. Thomas
Federal Bar No. 16578
pthomas@mlg-lawyers.com
MacLeod Law Group, LLC
110 N. Cross St.
Chestertown, Maryland 21620
(410) 810-1381: telephone
(410) 810-1383: facsimile
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December 2021, a copy of the foregoing filed electronically today was sent by first class mail, postage prepaid, to the following:

Robin K. Ficker
16711 Barnesville Rd.
Boyds, Maryland 20841
*Plaintiff Pro Se*

_______/s/______________
Andrew C. Meehan